IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:15-cv-211 |
| v. | ) | |
| | ) | |
| AAA RECOVERY & TOWING, LLC | ) | |
| and RICK COLLINS | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO SHOW CAUSE ORDER

Plaintiff American Automobile Association ("AAA"), hereby responds to the Court's Show Cause Order (Doc. 8) by stating that on February 16, 2016, AAA filed a Motion for Entry of Default Judgment and supporting documents (Doc. 9).

Therefore, the Court should not dismiss this case.

Dated: February 16, 2016

                                                */s/ W. Edward Shipe*
                                                W. Edward Shipe, BPR #23887
                                                **WAGNER, MYERS & SANGER, PC**
                                                1801 First Tennessee Plaza
                                                P.O. Box 1308
                                                Knoxville, TN 37929
                                                (865) 525-4600
                                                (865) 291-0419 (fax)
                                                *eshipe@wmspc.com*
                                                *Attorney for Plaintiff*
                                                *American Automobile Association*

Of Counsel:
Richard W. Smith
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000

## CERTIFICATE OF SERVICE

I certify that on February 16, 2016 I caused to be served by U.S. mail the foregoing Motion for Entry of Default Judgment:

AAA Recovery & Towing.
8040 Clinton Highway
Powell, Tennessee 37849

Rick Collins
8040 Clinton Highway
Powell, Tennessee 37849

*/s/ W. Edward Shipe*